RECEIVED
MAY 23 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| VAUGHN JOHNSON, Petitioner | CIVIL ACTION NO. 1:19-CV-152-P |
| VERSUS | JUDGE DEE D. DRELL |
| ICE, ET AL., Respondents | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Complaint (Doc. 1) and Amended Complaints (Docs. 10, 25) are DISMISSED for lack of jurisdiction, WITH PREJUDICE as to the jurisdictional issue and WITHOUT PREJUDICE as to the merits of Johnson's claims.

IT IS FURTHER ORDERED that, based on this action and Johnson's three prior suits that were dismissed for lack of jurisdiction, Johnson is PROHIBITED from filing additional <u>Bivens</u> or § 2241 suits raising claims related to or arising from his removal order.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 22nd day of _____MAY_____, 2019.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE